**Order entered December 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01218-CV

**STARWOOD MANAGEMENT, LLC,
BY AND THROUGH NORMA GONZALEZ, Appellant**

**V.**

**DON SWAIM, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12760-L**

## ORDER

We **GRANT** appellant's December 17, 2014 unopposed second motion for an extension of time to file a brief. Appellant shall file a brief by **JANUARY 26, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE